No. 17,139.

PLATT *v.* VIC HEBERT, INC., ET AL.
(267 P. [2d] 660)

Decided February 23, 1954.   Rehearing denied March 15, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. GELT & GROSSMAN, Mr. DUANE O. LITTELL, for plaintiff in error.

Messrs. JANUARY & YEGGE, Mr. RICHARD D. HALL, for defendant in error Sam Zuckerman.

Mr. FRED W. MATTSON, Mr. A. B. MATTSON, for defendants in error Victor Hebert and Antonio Fernandez.